UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TORRANCE A. GRAHAM,

        Plaintiff,                     Civil Case No. 16-12258
                                                 Honorable Linda V. Parker

v.

HEATHER CHICOWSKI, MILLER,
BOWERMAN, and MICHAEL TROUTEN,

        Defendants.
_____/

## OPINION AND ORDER DENYING PLAINTIFF'S "REQUEST TO FORWARD THE RECORD" (ECF NO. 60)

Plaintiff, Torrance A. Graham, is a prisoner currently confined at Chippewa Correctional Facility of the Michigan Department of Corrections ("MDOC"). Plaintiff filed a claim under 42 U.S.C. § 1983, proceeding *pro se,* against multiple MDOC employees (the "Defendants") for actions that occurred while Plaintiff was confined at Duane L. Waters Health Center ("DLW") and Saginaw Correctional Facility ("SCF") in Freeland, Michigan. On August 2, 2018, this Court adopted Magistrate Judge Grand's April 5, 2018 Report and Recommendation, granting Defendants' Motion for Summary Judgment. (ECF No. 51.) Plaintiff has filed an appeal, which remains pending before the Sixth Circuit.

Presently before this Court is Plaintiff's request to forward the record to the Court of Appeals for the Sixth Circuit. (ECF No. 60.) This request is misguided,

1

improper, and comes shortly after this Court already denied Plaintiff's request to add deposition transcripts to the record. (ECF No. 59.)

Neither Rule 10 nor Rule 11 of the Federal Rules of Appellate Procedure prescribe a duty of the federal district court itself to supply an appellant or the court of appeals with transcripts and/or the district court record. Official transcripts of courtroom proceedings must be ordered from the Court Reporter.[1] Instructions, forms and contact information are available from the Court Reporter website. Additionally, most all court records are in electronic format online and capable of being downloaded and printed.[2] The most convenient way to view and/or print court records is online through PACER.[3] This Court has exceeded its duty by directing Plaintiff to the proper course of action. Therefore, Plaintiff is cautioned against filing additional improper, inappropriate, or misplaced requests upon this Court.

Wherefore, Plaintiff's request is denied.

Accordingly,

**IT IS ORDERED**, that Plaintiff's "Request to Forward the Record" (ECF

---

[1] https://www.mied.uscourts.gov/index.cfm?pageFunction=coTranscripts
[2] https://www.mied.uscourts.gov/index.cfm?pageFunction=coCourtRecords
[3] https://www.pacer.gov/

No. 60) is **DENIED**.

                                              s/ Linda V. Parker
                                              LINDA V. PARKER
                                              U.S. DISTRICT JUDGE

Dated: October 17, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, October 17, 2018, by electronic and/or U.S. First Class mail.

                                              s/ R. Loury
                                              Case Manager